UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 16-8560 DSF (JPRx) | Date | 3/31/17 |
| Title | Daniel P. Monaco v. John R. Postlethwaite, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order to Show Cause re Answer of DMX-Works Imaging, Inc.

    Defendant John R. Postlethwaite has filed an answer on behalf of DMX-Works Imaging, Inc.  As the Court previously noted, if Postlethwaite is not an attorney, he cannot represent the corporate entity pro se.  Therefore, Defendants are ordered to show cause, in writing, no later than April 12, 2017, why DMX-Works Imaging's answer should not be stricken.

    IT IS SO ORDERED.