JS 6

ANTHONY J. RISTA, ESQ. (CSB #189419)
ATTORNEY AT LAW
P.O. BOX 954
NEWBURY PARK, CALIFORNIA 91319
(805) 499-1831
(805) 499-3171 Fax
ristalaw1@yahoo.com

Attorney for DANIEL P. MONACO, d.b.a. WOODLAND HILLS CHIROPRACTIC, Plaintiff

UNITED STATES DISCTICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. MONACO, an individual, a.k.a. WOODLAND HILLS CHIROPRACTIC, a d.b.a. of DANIEL P. MONACO,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN R. POSTLETHWAITE, an individual, and DMX-WORKS IMAGING, INC. a Florida Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-08560-DSF (JPR)<br><br>[PROPOSED] ORDER ON THE NOTICE OF SETTLEMENT AND MOTION TO VACATE CASE DEADLINES AND FOR DEFERRED ENTRY OF DISMISSAL<br><br>Action Filed: November 16, 2016<br><br>Motion Date:<br><br>DATE: MAY 14, 2018<br>TIME: 1:30 P.M.<br>DEPT: 7D<br>JUDGE: Hon. DALE S. FISCHER |

Upon consideration by the Court of the Notice of Settlement and Motion to Vacate all pending Deadlines in the above-entitled matter, the Court rules as follows:

1. It is ORDERED that Notice of Settlement has been filed by the parties and is deemed the full, complete and final Settlement, subject to any necessary amendment(s) or modification(s) as agreed by the parties or found necessary by the Court.

2. It is ORDERED that the Motion to vacate all deadlines set forth in the Court's Minute Order of OCTOBER 30, 2017 for disclosures, discovery, pre-trial and trial dates is hereby GRANTED.

3. It is ORDERED that the filing and grant of Dismissal in this present case shall be deferred until the date of JUNE 08, 2018 to allow time for 'compliance' by all parties to the Settlement; and any motions for non-compliance to be filed by any party with the Court before that date.

4. It is further ORDERED that the Court shall retain jurisdiction, per the stipulation of the parties in the Settlement, over the compliance of the parties to the terms and conditions of the Settlement.

**IT IS SO ORDERED**:

Dated: 5/7/18

Dale S. Fischer

Honorable DALE S. FISCHER
United States District Judge